UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 10, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CELEXA AND LEXAPRO MARKETING
AND SALES PRACTICES LITIGATION
    Beverly Crawford, et al. v. Forest Pharmaceuticals, Inc., )
        E.D. Missouri, C.A. No. 4:09-1050 )    MDL No. 2067

### ORDER VACATING CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Crawford*) on August 25, 2009. The Panel has now been advised that *Crawford* was dismissed without prejudice in the Eastern District of Missouri on September 8, 2009, pursuant to a notice of voluntary dismissal.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-1" filed on August 25, 2009, is VACATED, insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel